# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

|  |  |  |
|---|---|---|
| JOHNNIE ODUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.  CV406-79 |
| | ) | |
| CITY OF PEMBROKE, BRYAN | ) | |
| COUNTY POLICE DEPARTMENT, | ) | |
| CORPORAL JAMES DOYLE, | ) | |
| GEORGE A. WATERS, KATHLEEN | ) | |
| JENNINGS, and PUBLIC | ) | |
| DEFENDER'S OFFICE, BRYAN | ) | |
| COUNTY, GEORGIA, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>O R D E R</u>

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _27_ day of _July_ , 2006.

_____

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA